# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0261. GARY D. JAMES v. CMC REAL ESTATE GROUP, LLC.

In September 2024, the state court dismissed as moot Gary D. James's petition for review of a magistrate court order and awarded OCGA § 9-15-14 litigation expenses of $887 to CMC Real Estate Group, LLC ("CMC"). After James failed to pay the litigation expenses as ordered, CMC filed a motion for contempt. Following a hearing, the state court entered an order on June 3, 2025, ordering James to pay the litigation expenses and stating that his failure to do so by the court's deadline would result in the court finding him in contempt. James seeks to appeal the June 3 order. We lack jurisdiction for several reasons.

As an initial matter, the order was not directly appealable as a contempt order because the order did not actually find James in contempt and impose punishment. See *Payne v. Presley*, 169 Ga. App. 36 (311 SE2d 849) (1983). Moreover, to the extent James seeks to appeal the litigation expenses award, appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Similarly, appeals from awards under OCGA § 9-15-14 and from state courts' review of magistrate court orders also must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (11), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App.

257, 257 (471 SE2d 60) (1996). As James did not follow the required appeal procedures, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/15/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*